UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SAFECO INSURANCE COMPANY OF
AMERICA,

               Plaintiff,

      -against-

A. WILLIAMS TRUCKING AND
BACKHOE TRENCHING INC., et al.,

               Defendants.
-------------------------------------------------------X

**REPORT & RECOMMENDATION**

CV-06-2263 (NGG) (JMA)

A P P E A R A N C E S:

      LAWRENCE S. NOVAK, ESQ.
      TORRE, LENTZ, GAMELL,
       GARY & RITTMASTER, LLP
      100 JERICHO QUADRANGLE
      SUITE 309
      JERICHO, NEW YORK 11753-2702

      MICHAEL GALINA, ESQ.
      RABINOWITZ & GALINA
      94 WILLIS AVENUE
      MINEOLA, NEW YORK 11501

AZRACK, United States Magistrate Judge

      By order dated April 10, 2007, plaintiff's motion for summary judgment was referred to

me for a report and recommendation. Thereafter, between April and as recently as June 20,

2007, this Court conducted numerous settlement conferences in an effort to resolve this matter.

Unfortunately, settlement was not reached. Defendants have advised this Court that they do not

oppose plaintiff's motion and have not filed any opposition to said motion. As such, I therefore,

respectfully recommend that summary judgment be granted in favor of Safeco for (i) Safeco's

unreimbursed losses of $248,546.30 plus interest at the rate of nine percent per annum from

February 5, 2007 to entry of judgment (ii) liability for Safeco's attorneys fees and expenses, with the amount to be determined at an inquest conducted by this Court.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within ten (10) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal any judgment entered by the District Court's in reliance on this Report and Recommendation. See 28 U.S.C.§ 636(b)(1) (2005); Fed. R. Civ. P.72, 6(a), 6(e).

SO ORDERED.

Dated: Brooklyn, New York
June 25, 2007

S/ Joan M. Azrack

JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE